IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GRADY A. LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CV-424-WHA |
| | ) | |
| DENNIS MEEKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This cause is before the court on the Recommendation of the Magistrate Judge entered on July 22, 2016 (Doc. #58).  There being no timely objection to the Recommendation, and after a review of the file, it is

ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED with prejudice pursuant to the directives of 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an administrative remedy previously available to him at the Covington County Jail prior to initiating this cause of action.

3.  No costs be taxed herein.

Final Judgment will be separately entered in accordance with this order.

DONE this 12th day of August, 2016.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE